UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :
                                       MISDEMEANOR
          - v. -                  :    INFORMATION

ROBERT HOU,                       :    07 Cr.
     a/k/a "Harry Hou,"
                                       07 CRIM 624
          Defendant.             :

- - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

In or about November 2000, in the Southern District of New York and elsewhere, ROBERT HOU, a/k/a "Harry Hou," the defendant, unlawfully, willfully and knowingly, did attempt to enter and did obtain entry to the United States by a willfully false and misleading representation and the willful concealment of a material fact, to wit, HOU entered the United States using a fraudulently obtained United States passport.

(Title 8, United States Code, Section 1325(a)(3).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
D

JUL 1 1 2007